William Eric FOUTS, et al., Plaintiffs—Appellants,

v.

COUNTY OF CLARK, a political subdivision of the State of Nevada, et al., Defendants—Appellees.

No. 01–17014.

D.C. No. CV–00–01153–KJD.

United States Court of Appeals, Ninth Circuit.

Submitted March 11, 2002.*

Decided March 14, 2002.

Before FARRIS, W. FLETCHER and FISHER, Circuit Judges.

MEMORANDUM**

This preliminary injunction appeal comes to us for review under Ninth Circuit Rule 3–3. We have jurisdiction under 28 U.S.C. § 1292(a)(1), and we affirm.

---

\* This panel unanimously finds this case suitable for decision without oral argument. Fed. R.App. P. 34(a)(2).

Our inquiry is limited to whether the district court has abused its discretion in denying a preliminary injunction or based its decision on an erroneous legal standard or on clearly erroneous findings of fact. *Does 1–5 v. Chandler,* 83 F.3d 1150, 1152 (9th Cir.1996). The record before us shows that the district court did not rely upon an erroneous legal premise or abuse its discretion by concluding that appellants were not entitled to a preliminary injunction. *Oakland Tribune, Inc. v. Chronicle Publishing Co.,* 762 F.2d 1374, 1376 (9th Cir.1985).

Accordingly, the district court's order is

**AFFIRMED.**

NOOKSACK INDIAN TRIBE OF WASHINGTON State, and its individual members, Plaintiff—Appellant,

v.

Paul O'NEILL, Secretary, United States Department of Treasury, et al., Defendants—Appellees.

No. 01–36088.

D.C. No. CV–01–00559–RSL.

United States Court of Appeals, Ninth Circuit.

---

\*\* This disposition is not appropriate for publication and may not be cited to or by the

Submitted March 11, 2002.*

Decided March 14, 2002.

Before: FARRIS, W. FLETCHER and FISHER, Circuit Judges.

## MEMORANDUM**

We affirm the district court's order denying the Nooksack Indian Tribe's second motion for reconsideration of the district court's denial of the Tribe's request for a preliminary injunction against United States officials.

**AFFIRMED.**

**In re: FVC.COM SECURITIES LITIGATION**

Thomas Williams, Plaintiff,

and

John Davis; John Petote; E.A. Von Bergen; Neal Harvey; Tom Tresnowski; Charles Daniel; Chris McGadden; Wayne Buske, on behalf of themselves and all others similarly situated, Plaintiffs—Appellants,

v.

FVC.COM Inc.; Ralph Ungermann; Richard M. Beyer; James O. Mitchell, Defendants—Appellees.

No. 00–15555.

D.C. No. CV–99–01815–CRB.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted July 11, 2001.

Decided March 15, 2002.

---

courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.

* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.